United States District Court
Southern District of Texas
**ENTERED**
April 26, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLISERIA FABIAN, | § § § § § § § § § § | |
| Plaintiff, | | |
| VS. | | CIVIL ACTION NO. 1:22-CV-144 |
| WALMART INC., *et al.*, | | |
| Defendants. | | |

## ORDER

In October 2022, Plaintiff Cliseria Fabian filed this action against Defendants Walmart Inc. and Wal-Mart Stores Texas, LLC in a Texas state court, alleging causes of action for premises liability, negligence, and gross negligence. (Original Petition, Doc. 1-2) The same month, Defendants removed the matter to this Court. (Notice of Removal, Doc. 1)

Fabian now moves to amend her complaint to add John Paul Morales, a Wal-Mart employee, as a defendant, defeating diversity jurisdiction. (Motion, Doc. 10) A Magistrate Judge recommends the denial of Fabian's Motion. (R&R, Doc. 12)

No party filed objections to the Report and Recommendation, and the Court finds no clear error within it. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3).

As a result, the Court **ADOPTS** the Report and Recommendation (Doc. 12). It is:

**ORDERED** that Plaintiff's Motion for Leave to Amend (Doc. 10) is **DENIED**.

Signed on April 26, 2023.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge