United States District Court
Southern District of Texas
**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CLISERIA FABIAN, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:22-cv-00144 |
| | § | |
| WALMART INC. AND | § | |
| WAL-MART STORES TEXAS, LLC, | § | |
| Defendant. | § | |

## ORDER ON STIPULATED DISMISSAL

On August 21, 2023, the parties filed a joint stipulation to dismiss this case with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Dkt. No. 18. This rule permits the plaintiff to dismiss an action against any defendant without a court order. *Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case have been dismissed with prejudice. The District Clerk shall close this case.

Except as provided by any settlement agreement, each party shall bear its own fees and costs.

Signed on August 22, 2023.

*Karen Betancourt*
Karen Betancourt
United States Magistrate Judge